UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 07-30029 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BRUCE WILLIAMS | MAG. JUDGE KAREN L. HAYES |

**MEMORANDUM ORDER**

Pending before the Court is a motion [Doc. No. 74] filed by Defendant Bruce Williams ("Williams"). Williams was originally sentenced on August 18, 2008, to a term of imprisonment "of 156 months to run **consecutively** with the undischarged parole sentence of the State of Louisiana." [Doc. No. 61 (Judgment signed on August 22, 2008) (emphasis added)]. On May 15, 2012, pursuant to 18 U.S.C. 3582(c)(2), the Court issued an Amended Judgment [Doc. No. 67], reducing Williams' term of imprisonment to 120 months, but otherwise adopting the provisions of the August 22, 2008 Judgment.

Since that time, Williams has filed multiple motions requesting the same relief: that the Court to amend its previous judgments to state that the term of imprisonment imposed is to run **concurrently** with the undischarged parole sentence of the State of Louisiana.

As the Court has explained in previous rulings, its authority to modify a previously imposed sentence is limited. None of the "new policy changes" [Doc. No. 74] cited by Williams nor any change in the law provides the Court with the authority to modify Williams' sentence. Accordingly,

IT IS ORDERED that Williams' letter motion for amendment of his judgment [Doc. No.

74] is DENIED.

MONROE, LOUISIANA, this 2nd day of April, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE